UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| Plaintiff(s): | F. Kirk Hopkins, individually and on behalf of all others similarly situated | Defendant(s): | Purdue Pharma L.P. ; Purdue Pharma Inc. ; The Purdue Frederick Company, Inc. ; Insys Therapeutics, Inc. ; Teva Pharmaceutical Industries, Inc. ; Cephalon, Inc. ; Johnson & Johnson ; Janssen Pharmaceuticals, Inc. ; Endo Health Solutions, Inc. ; Endo Pharmaceuticals, Inc. ; Actavis PLC ; Actavis, Inc. ; Watson Pharmaceuticals, Inc. ; Watson Laboratories, Inc. ; McKesson Corporation ; Cardinal Health, Inc. ; AmerisourceBergen Corporation |

County of Residence: Maricopa   County of Residence: Outside the State of Arizona
County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):   Defendant's Atty(s):

Todd Feltus
Kercsmar & Feltus PLLC
7150 E Camelback Rd Suite 285
Scottsdale, Arizona  85251
4804211001


Sean J. O'Hara
Kercsmar & Feltus PLLC
7150 E Camelback Rd Suite 285
Scottsdale, Arizona  85251
4804211001


Julia A. Wagner
Kercsmar & Feltus PLLC
7150 E Camelback Rd Suite 285
Scottsdale, Arizona  85251
4804211001

<u>II. Basis of Jurisdiction</u>:      **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

            Plaintiff:- **1 Citizen of This State**
        Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

<u>IV. Origin</u> :      **1. Original Proceeding**

<u>V. Nature of Suit</u>:      **470 RICO**

<u>VI. Cause of Action:</u>      **Diversity, 28 USC § 1332(d)(2)**

<u>VII. Requested in Complaint</u>
       Class Action: **Yes**
       Dollar Demand:
       Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Sean O'Hara</u>

     **Date:** <u>08/21/2018</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**